UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY CADWELL, an individual and on behalf of the general public,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DR. PEPPER SNAPPLE GROUP, INC., and DOES 1 through 100,<br><br>　　　　　Defendants. | Civil No. 09cv1826 L(NLS)<br><br>**ORDER GRANTING MOTION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION UNDER 28 U.S.C. § 1404(a)** [doc. #16] |

On October 21, 2009, plaintiff Guy Cadwell filed an unopposed motion to transfer venue to the United States District Court for the Eastern District of California. A class action, *Von Koenig v. Snapple Beverage Corp.*, 09-cv-606-FCD-EFB (E.D. Cal.), related to allegations against defendant for false advertising had already been filed at the time plaintiff Cadwell filed his class action complaint.

Plaintiff filed a motion to consolidate this action with the earlier filed and related *Von Koenig* case that is set for hearing before the Honorable Frank C. Damrell, Jr. on October 30, 2009. Plaintiff seeks transfer of the above-captioned case to the Eastern District of California under 28 U.S.C. § 1404(a) which provides that "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought."

1  In his declaration, plaintiff's counsel, John H. Donboli, Esq., states he conferred with
2 counsel for defendant, Dr. Pepper Snapple Group, Inc., and confirmed that defendant's counsel
3 does not oppose this motion, will not be filing an opposition to this motion, and supports
4 plaintiff's efforts to effectuate this case being transferred to the Eastern District of California.
5  Having reviewed the motion, there being no objection thereto, and in the interests of
6 justice and the preservation of both judicial and client resources, plaintiff's unopposed motion to
7 transfer the above-captioned case to the United States District Court for the Eastern District of
8 California is **GRANTED.**  The Clerk of the Court is directed to effectuate the transfer of this
9 case.

**IT IS SO ORDERED.**

DATED: October 21, 2009

_____
M. James Lorenz
United States District Court Judge

COPY TO:

HON. NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL OF RECORD